**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stirling Cooke Insurance Services, Inc., ) | |
| ) | |
| Plaintiff, ) | No. CV-01-0541-PHX-PGR |
| ) | |
| vs. ) | |
| ) | <u>ORDER</u> |
| Employee Solutions, Inc., ) | |
| ) | |
| Defendant. ) | |

A review of the record having established (1) that there has not been a named plaintiff in this action since this action was transferred to the District of Arizona from the Middle District of Florida in March, 2003, (2) that there is no longer any bankruptcy stay affecting this action inasmuch as the defendant's bankruptcy case, 2:01-bk-01993-CGC, was dismissed on May 25, 2006 by the United States Bankruptcy Court for the District of Arizona after all of the funds and assets of the bankruptcy estate were disbursed, and (3) that no plaintiff or potential plaintiff has made any attempt to prosecute this action since the dismissal of the bankruptcy case, the Court finds that the prosecution of this action has been abandoned and that this action should be administratively

- 1 -

1  terminated. Therefore,

2  IT IS ORDERED that the Clerk of the Court shall administratively terminate
3  this action.

4  DATED this 2nd day of October, 2006.

Paul G. Rosenblatt
United States District Judge

- 2 -